MOORE v. REILLY et al. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Marion H. Moore against Kate Reilly and others. No opinion. Judgment affirmed, with costs.

MOORE, Respondent, v. RODGERS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Joshua E. A. Moore against Thomas Rodgers. No opinion. Judgment affirmed, with costs.

MORGAN et al., Respondents, v. NEW YORK BILL POSTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by John Morgan and others against the New York Bill Posting Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MORLEY. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) In the matter of the application of Charles E. Morley, town clerk, etc., for the removal of John G. Bramley, a justice of the peace of the town of Elbridge, Onondaga county, N. Y. No opinion. Application for the removal of said John G. Bramley from the office of justice of the peace of the town of Elbridge, Onondaga county, granted.

MORRIS, Appellant, v. DAYTON, Respondent. (Supreme Court, Appellate Term. June 23, 1904.) Action by Cora Morris against Harold C. Dayton. From a judgment for defendant, and from an order denying a new trial, plaintiff appeals. Affirmed. Wentworth, Lowenstein & Stern, for appellant. Joseph E. Bullen and Charles W. Dayton, for respondent.

FREEDMAN, P. J. The defects in the evidence of the defendant, as pointed out by this court on the former appeals (84 N. Y. Supp. 392; 86 N. Y. Supp. 172), were sufficiently remedied upon the trial now under review to make the case one for the jury; and, it having been fairly submitted, their verdict for the amount of rent conceded to be due should not be again disturbed. Three trials have now been held, with the same result in each case, and in the absence of clear errors of law the litigation between the parties should be encouraged no further. The judgment and order should be affirmed, with costs. All concur.

MOWBRAY, Appellant, v. SHELTON, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1904.) Action by William E. Mowbray against George R. Shelton, individually, etc., G. W. Carr, for appellant. A. Jaretzki, for respondent. No opinion. Judgment modified by striking out the words "on the merits," and, as modified, affirmed, without costs.

MULQUEEN, Respondent, v. THOMPSON & DUNDY SHOWS, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Joseph P. Mulqueen against the Thompson & Dundy Shows. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURPHY, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Elizabeth Murphy, as administratrix, etc., against the Prudential Insurance Company of America. No opinion. Judgment of the Municipal Court affirmed, with costs.

MURRAY v. BREHANEY. (Supreme Court, Appellate Division, Third Department. September 30, 1904.) Action by William Murray against John Brehaney. No opinion. Motion granted, with $10 costs.

MURRAY, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Margaret Murray against Warren W. Warner. No opinion. Judgment of the Municipal Court affirmed, with costs.

NAYLOR, Respondent, v. DELAWARE, L. & W. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Lavina Naylor against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

NEWHALL, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1904.) Action by Ethel S. Newhall, an infant, etc., against the Yonkers Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

NEW YORK, N. H. & H. R. CO., Respondent, v. CITY OF MT. VERNON, Appellant. (Supreme Court, Appellate Division, Second Department. September 29, 1904.) Action by the New York, New Haven & Hartford Railroad Company against the city of Mt. Vernon. No opinion. Judgment affirmed, with costs.

NEW UNION TELEPHONE CO. v. MARSH et al. (Supreme Court, Appellate Division, Third Department. September 20, 1904.) Action by the New Union Telephone Company against Julia M. Marsh and others. No opinion. Memorandum modified, so as to read as follows: Judgment reversed, referee discharged, and new trial granted, without costs of the appeal to either party, and the order entered thereon modified accordingly.

ODELL et al. v. BRETNEY et al. (Supreme Court, Appellate Division, First Department. June 29, 1904.) Action by Stephen C. Odell and another against Charles W. Bretney and another. No opinion. Motion denied.